```
Nancy Curry
Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
(213) 689-3014  FAX (213) 689-3055
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| KANG, THERESA | ) CASE NO.2:22-bk-13340-WB |
| | ) |
| | ) **AMENDED** |
| | ) **NOTICE OF §341(a) MEETING** |
| | ) **OF CREDITORS** |
| | ) |
| | ) **Date:7/21/2022** |
| | ) **Time:9:00 AM** |
| | ) **Place: WILL BE CONDUCTED** |
| Debtor | ) **REMOTELY** |
| | ) |

In light of the current situations related to COVID-19 and in order to adhere to the social distancing guidelines, all §341(a) meetings of creditors commencing April 13, 2020 will be conducted remotely until further notice.

PLEASE TAKE NOTICE that the scheduled §341(a) meeting of creditors in the above-referenced matter will be conducted remotely at the same date and time as set forth above using the online video system Zoom in lieu of in-person at the location provided in the original Notice. Please refer to the instructions on the next page on how to access the meeting via Zoom.

Date: June 22, 2022                                    /s/ Nancy Curry

AMENDED NTC OF 341(A) MEETING

**INSTRUCTIONS ON HOW TO ACCESS ZOOM**

If you have a headset with a microphone, such as the headphones you speak on your mobile phone with, please read the instructions below for "Accessing Zoom Online (with a Microphone)." If you *do not* have a headset with a microphone, please read "Accessing Zoom Online (without a Microphone)" below.

If you do not have a computer with Internet access, please read "Accessing Zoom via Telephone."

**Accessing Zoom Online (with a Microphone):**

1. Click on the following link:
**https://us06web.zoom.us/j/83815673690?pwd=R2lqL29xNFNrMjZxTXQzMVlPbFgwQT09**
2. Install Zoom when prompted. If you are not prompted to install Zoom, click "Download and Install" as shown on the screen. Install the application.
3. After Zoom is installed, enter your name as listed on your driver's license/state-issued ID. Click "Join Meeting.
4. If prompted, enter the following password: **033385**
5. Click "Join with Computer Audio." You are now in the meeting.

**Accessing Zoom Online (without a Microphone):**

1. Click on the following link:
**https://us06web.zoom.us/j/83815673690?pwd=R2lqL29xNFNrMjZxTXQzMVlPbFgwQT09**
2. Install Zoom when prompted. If you are not prompted to install Zoom, click "Download and Install" as shown on the screen. Install the application.
3. After Zoom is installed, enter your name as listed on your driver's license/state-issued ID. Click "Join Meeting."
4. If prompted, enter the following password: **033385**
5. Click "Phone Call" in the box that appears. Click "Done."
6. On your phone, dial **(888) 788-0099**.
7. When prompted, enter the Meeting ID: **838 1567 3690**. Hit "# (pound)" twice when prompted. You are now in the meeting.

**Accessing Zoom via Telephone:**

1. Call toll-free **(888) 788-0099**.
2. When prompted, enter the following Meeting ID: **838 1567 3690**.
3. Hit "# (pound)" when prompted. Hit "# (pound)" again. You do not need to enter a Participant ID.

# PROOF OF SERVICE DOCUMENT

In Re:    **KANG, THERESA**

**Case No. LA 2:22-bk-13340-WB**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
NANCY CURRY, CHAPTER 13 TRUSTEE
1000 WILSHIRE BLVD., SUITE 870
LOS ANGELES, CA  90017

The foregoing document described as **AMENDED NOTICE OF 341(a) MEETING OF CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On June 22, 2022
I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On June 22, 2022, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor | Attorney for Debtor |
|---|---|
| KANG, THERESA | TYSON TAKEUCHI |
| 1107 CRENSHAW BLVD | 1055 WILSHIRE BLVD., STE. 850 |
| LOS ANGELES, CA 90019 | LOS ANGELES, CA 90017- |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on June 22, 2022, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 22, 2022 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |

```
Label Matrix for local noticing         Los Angeles Division                 American Express
0973-2                                   255 East Temple Street,             PO Box 981537
Case 2:22-bk-13340-WB                    Los Angeles, CA 90012-3332          El Paso, TX 79998-1537
Central District of California
Los Angeles
Wed Jun 22 08:02:24 PDT 2022

(p)AMERICAN HONDA FINANCE                CEP America California              California Business Bureau
P O BOX 168088                           PO Box 582663                       1711 S Mountain Ave
IRVING TX 75016-8088                     Modesto, CA 95358-0070              Monrovia, CA 91016-4256


Capital Management Services LP           (p)JPMORGAN CHASE BANK  N A         Citicards
698 1/2 South Ogden St.                  BANKRUPTCY MAIL INTAKE TEAM         Po Box 6190
Buffalo, NY 14206-2317                   700 KANSAS LANE FLOOR 01            Sioux Falls, SD 57117-6190
                                         MONROE LA 71203-4774


Citicards Cbna                           City of Los Angeles Fire Department (p)DSNB MACY S
Po Box 6241                              Ambulance Services                  CITIBANK
Sioux Falls, SD 57117-6241               PO Box 845257                       1000 TECHNOLOGY DRIVE MS 777
                                         Los Angeles, CA 90084-5257          O FALLON MO 63368-2222


(p)DISCOVER FINANCIAL SERVICES LLC       Enhanced Recovery Company           Ganjianpour, Mark
PO BOX 3025                              Po Box 57547                        6330 San Vicente Blvd
NEW ALBANY OH 43054-3025                 Jacksonville, FL 32241-7547         Los Angeles, CA 90048-5425


LVNV Funding, LLC                        Medical Premium Collection Center   Nordstrom Td Bank Usa
Resurgent Capital Services               PO Box 790355                       13531 E Caley Ave
PO Box 10587                             Saint Louis, MO 63179-0355          Englewood, CO 80111-6505
Greenville, SC 29603-0587


Olympia Medical Center                   Point Anesthesia Service PC         Sequoia Financial Svcs
PO Box 5010                              5 Holland #101                      28632 Roadside Dr Ste 110
Monrovia, CA 91017-7110                  Irvine, CA 92618-2568               North Hollywood, CA 91605


Shellpoint Mortgage Servicing            United States Trustee (LA)          Nancy K Curry (TR)
PO Box 10826                             915 Wilshire Blvd, Suite 1850       1000 Wilshire Blvd., Suite 870
Greenville, SC 29603-0826                Los Angeles, CA 90017-3560          Los Angeles, CA 90017-2466


Theresa Kang                             Tyson Takeuchi
1107 Crenshaw Blvd                       Law Offices of Tyson Takeuchi
Los Angeles, CA 90019-3112               1055 Wilshire Blvd
                                         Suite 850
                                         Los Angeles, CA 90017-2467
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
American Honda Finance Corporation      Chase Card                    DSNB/Macy's
National Bankruptcy Center              PO Box 15298                  PO Box 8218
P.O. Box 168088                         Wilmington, DE 19500          Mason, OH 45040-8218
Irving, TX 75016-8088


Discover Fincl Svc Llc                  End of Label Matrix
Po Box 15316                            Mailable recipients   25
Wilmington, DE 19850                    Bypassed recipients    0
                                        Total                 25
```